```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 07705
   DEBORAH L HULL
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-9892


--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 03/31/2008 and was not confirmed.

    The case was dismissed without confirmation 06/02/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------

TRIAD FINANCIAL CORP    SECURED VEHIC     7519.00            .00           .00
TRIAD FINANCIAL CORP    UNSECURED        NOT FILED           .00           .00
INTERNAL REVENUE SERVICE PRIORITY         1628.98            .00           .00
ACCOUNT RECOVERY SERVICE UNSECURED       NOT FILED           .00           .00
CHECK N GO              UNSECURED        NOT FILED           .00           .00
CITIBANK USA            UNSECURED        NOT FILED           .00           .00
CITY OF CHICAGO PARKING UNSECURED        NOT FILED           .00           .00
MITCHELL N KAY          UNSECURED        NOT FILED           .00           .00
NISSAN MOTOR ACCEPTANCE UNSECURED        NOT FILED           .00           .00
WORLD FINANCIAL NETWORK UNSECURED             .00            .00           .00
INTERNAL REVENUE SERVICE UNSECURED          52.65            .00           .00
VATIV RECOVERY SOLUTIONS UNSECURED         374.35            .00           .00
PORTFOLIO RECOVERY ASSOC UNSECURED         934.22            .00           .00
ERNESTO D BORGES JR     DEBTOR ATTY           .00                          .00
TOM VAUGHN              TRUSTEE                                            .00
DEBTOR REFUND           REFUND                                             .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  .00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00
DEBTOR REFUND                                   .00
                    --------------     --------------
TOTALS                   .00                    .00




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 07705 DEBORAH L HULL
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 09/24/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 08 B 07705 DEBORAH L HULL
```